**Larry NAILOR, Appellant,**

v.

**UNITED STATES of America, et al., Appellees.**

No. 03–5298.

United States Court of Appeals, District of Columbia Circuit.

May 13, 2004.

Rehearing Denied July 15, 2004.

Larry Nailor, Warden, Federal Correctional Institution, Memphis, TN, pro se.

R. Craig Lawrence, Assistant U.S. Attorney, Washington, DC, for Defendants–Appellees.

Before GINSBURG, Chief Judge, and EDWARDS and SENTELLE, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

ORDERED AND ADJUDGED that the district court's order filed September 30, 2003 be affirmed. The district court did not abuse its discretion in denying appellant's Rule 60(b) motion, *see Browder v. Director, Department of Corrections of Illinois,* 434 U.S. 257, 263 n. 7, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978), as appellant must challenge his criminal conviction through a motion to vacate his sentence filed in the sentencing court under 28 U.S.C. § 2255.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.